UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00752-JWH(DFMx) | Date | July 5, 2023 |
| Title | Grizelda Rodriguez v. Costco Wholesale et al | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s):
---|---
None Present | None Present

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiffs' and Defendant's Counsel for Failure to File a Rule 26(f) Report**

On May 17, 2023, the Court issued an order setting the Scheduling Conference for July 14, 2023 [ECF No. 9]. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to file their Joint Rule 26(f) Report not later than 14 days before the Scheduling Conference. As of today's date, the parties have not filed a Joint Rule 26(f) Report.

Accordingly, the Court hereby **ORDERS** counsel for Plaintiff, Geoffrey Allan Cruz, and counsel for Defendants, Douglas Michael DeGrave and James S. Morse to show cause why they should not each be sanctioned in the amount of $500 for their failure to file a timely Joint Rule 26(f) Report. Counsel are **DIRECTED** to respond in writing to this Order to Show Cause by Monday, July 10, 2023, at 12:00 noon. Counsel's failure to respond—or counsel's filing of an inadequate response—may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**